In the Matter of PAUL SIMONE, on Behalf of Himself and All Others Similarly Situated, Appellant, against J. EDWARD CONWAY et al., Constituting the State Civil Service Commission, Respondents.

Argued November 15, 1954; decided December 31, 1954.

*Paul Silverstein* and *Abraham H. Geffner* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Raymond B. Madden* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NORMAN J. BRABSON, Appellant.

Argued November 29, 1954; decided December 31, 1954.

